# United States Court of Appeals for the Federal Circuit

---

**CRAIG JOHNSON, JR.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2022-1399

---

Appeal from the United States Court of Federal Claims in No. 1:19-cv-00904-ZNS, Judge Zachary N. Somers.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

August 3, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court